| | | | | |
|---|---|---|---|---|
| Stacy v. State | 18A02–1608–CR–1829 | 02/08/2017 | ROBB, J. | Reversed and Remanded |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Sparks v. State | 89A04–1605–CR–1014 | 02/08/2017 | DARDEN, Sr. J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Coffman v. Brown | 48A04–1608–CT–1975 | 02/08/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Sturgel v. State | 15A01–1607–CR–1509 | 02/08/2017 | BAILEY, J. | Reversed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Enfield v. The Farmers & Merchants State Bank | 76A05–1603–MF–579 | 02/08/2017 | ALTICE, J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | PYLE, J. | Concurs |
| City of Indianapolis v. Amaro–Sanchez | 49A02–1510–OV–1721 | 02/09/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BAKER, J. | Dissents with separate opinion |
| K.D., Matter of Adoption of v. W.D. | 71A03–1605–AD–1053 | 02/09/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs in result without separate opinion |
| Bryant v. State | 17A03–1605–CR–1151 | 02/09/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| T.P., Matter of | 82A01–1606–JT–1275 | 02/09/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Bivens v. State | 49A02–1606–CR–1388 | 02/09/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |